PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>QI HUA PAN,<br><br>            Defendant. | CASE NO. 2:20-CR-108-TLN<br><br>[PROPOSED] ORDER TO WITHDRAW ARREST WARRANT AND SET MATTER FOR ARRIGNMENT |

The government's motion to withdraw the arrest warrant issued against QI HUA PAN and set the matter for arraignment before Magistrate Judge Jeremy D. Peterson on April 26, 2024, is GRANTED.

Dated: April 25, 2024

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge

[PROPOSED] ORDER TO WITHDRAW ARREST
WARRANT AND SET MATTER FOR ARRAIGNMENT