**FILED**
October 9, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

QIHUA PAN,

Defendant.

Case No. 2:20-cr-00108-DC-5

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release QIHUA PAN, Case No. 2:20-cr-00108-DC-5, Charge 18 U.S.C. § 3146 from custody for the following reasons:

X Release on Personal Recognizance

____ Bail Posted in the Sum of $ __________

____ Unsecured Appearance Bond $ __________

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

x (Other): Following release, Defendant shall contact the Pretrial Services Office to schedule a date for an interview to consider terms of release.

Issued at Sacramento, California on October 9, 2026, at 2:20 PM

By: ____________________
Magistrate Judge Sean C. Riordan